RAYMOND D. O'CONNELL & ASSOCIATES, INC., Respondent, v. THOMPSON-STARRETT CONSTRUCTION CO., INC., Appellant

Concur — Stevens, J. P., Eager, Steuer and McGivern, JJ.